| AO-10<br>Rev. 1/2004 | FINANCIAL DISCLOSURE REPORT<br><br>FOR CALENDAR YEAR 2008 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |
| --- | --- | --- |

| 1. Person Reporting (Last name, First name, Middle initial)<br><br>Donald,, Bernice B | 2. Court or Organization<br><br>Western Tennessee | 3. Date of Report<br><br>08/12/2009 |
| --- | --- | --- |
| 4. Title (Article III Judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>U. S. District Judge - Active | 5. ReportType (check appropriate type)<br><br>◯ Nomination,    Date<br><br>◯ Initial   ⦿ Annual   ◯ Final | 6. Reporting Period<br><br>01/01/2008<br>to<br>12/31/2008 |
| 7. Chambers or Office Address<br><br>United States District Court<br>167 N. Main Street, #951<br>Memphis, TN 38103 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☐ **NONE** - (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
| --- | --- |
| 1. | |
| 2. Member, Advisory Committee -Women's Rights Prize | Peter Gruber Foundation |
| 3. Committee Member | American Bar Association |
| 4. Board Member | American Bar Foundation |
| 5. Board Member | American Bar Journal Magazine |
| 6. | |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☑ **NONE** - (No reportable agreements.)

| DATE | PARTIES AND TERMS |
| --- | --- |
| 1. | |



FINANCIAL DISCLOSURE OFFICE<br>2009 AUG 18 A 11:31<br>RECEIVED

**Donald, Bernice B**

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Income

☑ **NONE** - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |

### B. Spouse's Non-Investment Income (If you were married during any portion of the reporting year, please complete this section. Dollar amount not required except for honoraria.)

☑ **NONE** - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |

## IV. REIMBURSEMENTS -- transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☐ **NONE** - (No such reportable reimbursements.)

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | See attached sheet. | See attached sheet |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |
| 6. | | |
| 7. | | |

| IV. Reimbursements | | | |
|---|---|---|---|
| Reimbursement | Meeting | Date | Site |
| $849.00 | Winter Leadership Meeting, Litigation Section | January 17-19 | Four Seasons Resort Aviara Carlsbad, CA |
| $602.00 | St. Thomas, Virgin Islands (Luncheon speaker 1/25/07) | January 23-26 | Nat'l Bar |
| $680.00 | ABA Midyear Meeting | February 6-11 | Los Angeles, CA (Century City) |
| $243.00 | Cardoza Intellectual Property | March 1-3 | New York, NY |
| $108.00 | Goal IX Summit | April 1-3 | Catalyst Ranch Chicago, IL |
| $340.00 | ABF Board of Directors | April 25 | Bar Foundation, Chicago, IL |
| $179.00 | Gruber Justice Prize (Dinner @ 6:30 4/28 meeting over @ 2 pm 4/29) | April 29 | New York |
| $1118.00 | BOG/ABA Mtgs | June 5-7 | Sun Valley Resort, Sun Valley ID |
| $550.00 | ABA Journal Board | June 13-14 | New Orleans, LA |
| $630.00 | Spring Leadership | June 19-21 | |
| $598.00 | ABA Annual Mtg | August 6-12 | Hilton: New York, NY |
| $420.00 | ABA Journal Board Meeting and SOC | Sept. 17-20 | Chicago, IL |
| $198.00 | Federal Bar Assoc | Sept 18-20 | Huntsville, AL |
| $398.00 | ABF Board Mtg | Oct. 23-24 | Chicago, IL |
| $815.00 | Orientation Meeting Committee on Rules and Calendar | Dec 5-7 | Inn at USC Columbia, SC |
| | | | |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Donald,, Bernice B | 08/12/2009 |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ NONE - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. None | | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☑ NONE - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Donald,, Bernice B | 08/12/2009 |

## VII. INVESTMENTS and TRUSTS -- income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| ☐ NONE   (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. | | | | | | | | | |
| 2.   Duracell/Gillette Stock | D | Dividend | J | U | | | | | |
| 3.   RJR Nbisco | A | Dividend | J | T | | | | | |
| 4.   VTN Stock | A | None | J | T | | | | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Donald,, Bernice B | 08/12/2009 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS  (Indicate part of Report.)

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best-of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Sig ████████████████

Date 08/13/2009

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C.  20544